U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

SEP 18 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

BRANDON SCOTT LAVERGNE                     CIVIL ACTION NO. 6:14-2502
    LA. DOC #424229

VS.                                                                    SECTION P

                                    JUDGE HAIK

LOUISIANA STATE PENITENTIARY       MAGISTRATE JUDGE HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, *R. 18*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 17th day of September, 2014.

RICHARD T. HAIK, SR
**UNITED STATES DISTRICT JUDGE**